IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS A. ORTEGA,<br><br>    Plaintiff,<br><br>v.<br><br>SANTA CLARA COUNTY PUBLIC DEFENDER SONIA M. SMITH, et al.,<br><br>    Defendants.<br>_____/ | No. C 10-00178 SBA (PR)<br><br>**JUDGMENT** |

    Pursuant to the Court's order of today's date dismissing the complaint, a judgment of DISMISSAL with prejudice is hereby entered. 28 U.S.C. § 1915A.

    IT IS SO ORDERED.

DATED: 11/9/10

                                                          *Saundra B Armstrong*<br>
                                                           SAUNDRA BROWN ARMSTRONG<br>
                                                            United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

CARLOS A. ORTEGA,

        Plaintiff,

  v.

SANTA CLARA COUNTY OF et al,

        Defendant.

Case Number: CV10-00178 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 10, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Carlos Armando Ortega #09071890
Santa Clara County Jail
CTL532
885 N. San Pedro Street
San Jose, CA 95110

Dated: November 10, 2010

                                      Richard W. Wieking, Clerk
                                      By: LISA R CLARK, Deputy Clerk

G:\PRO-SE\SBA\CR.10\Ortega0178.jud.wpd    2